O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOPERRY CHEA,<br><br>　　　　　Petitioner,<br><br>　　vs.<br><br>G.D. LEWIS, WARDEN,<br><br>　　　　　Respondent. | CASE NO. CV 11-07935 R (RZ)<br><br>JUDGMENT |

This matter came before the Court on the Petition of SOPERRY CHEA, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: Sept. 26, 2012

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　MANUEL L. REAL
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE